UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**Criminal No. 07-20365**
Judge Thomas L. Ludington

MICHAEL DUANE SORRELL,

    Defendant.
_____/

## AMENDED PENALTY ENHANCEMENT INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States of America hereby gives notice that **Michael Duane Sorrell**, defendant herein, was convicted of a felony drug offense in the 29th Judicial Circuit for Clinton County, Michigan for Delivery of Less Than 50 grams of Cocaine (Case No. 91-5244-FH). Therefore, upon conviction for the drug charge(s) in this case, the defendant will be subject to enhanced penalty provisions in the federal criminal code.

Dated: May 16, 2008

STEPHEN J. MURPHY
United States Attorney

s/Barbara Colby Tanase (P38539)
Assistant U.S. Attorney
101 First St., Ste. 200
Bay City, MI 48708
(989) 895-5712
barbara.tanase@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, the foregoing document was electronically filed by an employee of the United States Attorney's Office with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Amy Grace Gierhart

                                               s/Barbara Colby Tanase (P38539)
                                               Assistant U.S. Attorney
                                               101 First St., Ste. 200
                                               Bay City, MI 48708
                                               (989) 895-5712
                                               barbara.tanase@usdoj.gov