Sept. 25, 20

Dear US District Court,

RE: Docket # 07CR20365-1
   MICHAEL DUANE SORRELL (DOB 3·16·58)

Mr. Sorrell and I have obtained a Michigan State Police record for Michael. The ICHAT report is accurate however the federal record is not. He has a nephew with the same date of birth but different birth year with the same exact name. His crimes show up on Michael's record. We would like a copy of Michael's federal record so we can compare the two records and any transcripts that may help us.

Thank you,
Lorianne Fall

LORIANNE FALL
POB 440
BATH, MI 48808
989-640-5401

LORIANNE FALL
PO B 440
BATH MI 48808

GRAND RAPIDS MI 493
25 SEP 2020 PM 5 L

US DISTRICT COURT
231 WEST LAFAYETTE
DETROIT MI 48226

48226-275426

RECEIVED
SEP 30 2020
CLERK'S OFFICE
US DISTRICT COURT